**EXHIBIT**

**Missouri ( adapted from Louisiana State HS)  Mo changes in red**

**WHEELCHAIR TRACK AND FIELD**

23.7.1     The following track and field events shall be sanctioned in outdoor track and field as individual events for wheelchair participants:
>   100 meter dash
>   200-meter dash
>   400-meter run
>   800-meter run
>   Discus
>   Shot put

23.7.2     *Rules governing wheelchair track and field shall follow the guidelines of DASA, as it applies to wheelchair track and field in Missouri. All meet directors are encouraged to contact a DASA representative to be on site at all district and regional meets.*

23.7.3     In addition to all eligibility rules, the following shall apply to Para athletes in wheelchairs participating in outdoor track and field meets:
1. Para athlete using a wheelchair shall compete against each other only. ( Unless meet management and coaches agree to combine heats using one open lane between typical runners and Para athlete in racing chair
2. Para athletes shall compete in school-issued uniforms.
3. A Para athletes shall have a permanent muscular or neuromuscular disability which significantly limits the ability to move or a permanent skeletal deformity or abnormality which significantly affects ambulation. This disability must prevent the student from participating in other sanctioned sports. Permanent orthopedic impairment shall be verified by a licensed physician and maintained on permanent file at the school.
4. A Para athlete using a racing chair shall compete in track and field events in a racing chair or throwing chair that meets legal specifications as follows:
   A. A track wheelchair should have a minimum of three wheels.
   B. A track wheelchair shall be manually operated with no mechanical gears or levers used to propel the chair.
   C. Only one hand rim shall be attached to each large wheel.
   D. The field chair's seat, including the cushion, shall not exceed 25 inches or 75 cm in height. The chair need not be a wheelchair.
5. Para athletes using a racing chair competing in track events must wear helmets during competition.

23.7.4     A meet's order of events shall be determined by meet management.

23.7.5     A Para athlete shall compete for individual and team honors in the classification in which his/her team competes in the meet. Meet scoring for Para athletes shall be as follows:
>   1. 1 participant - 1 point
>   2. 2 participants - 2 - 1 points
>   3. 3 participants - 3 - 2 - 1 points
>   4. 4 participants - 4 - 3 - 2 - 1 points
>   5. 5 participants - 5 - 4 - 3 - 2 - 1 points
>   6. 6 participants - 6 - 5 - 4 - 3 - 2 - 1 points

23.7.6     Points scored by a Para athletes shall count toward his/her team score in all outdoor track and field meets including all regular season, district, regional and/or state meet.
1. However, if the points scored by a Para athlete enables his/her team to tie or exceed the highest team point total of another team(s) then the team with the Para Athlete(s) will be declared the co-champion and the other team(s) without the Para athlete(s) will be declared outright champion(s). This same rule will apply in determining the runner-up position. This includes all regular season, district, regional and state meets. **Example #1** - Team "A" has one Para Athlete who scores 4 points. Team "B" does not have a Para athlete entered in the meet. Team "A" has the highest score of the meet with 65 points (includes 4 wheelchair points). Team "B" is second highest with 62 points (no Para points). **Ruling:** Team "B" shall be declared the champion and Team "A" shall be declared the co-champions of the meet. (The same ruling would apply when determining the runners-up team). **Example #2** - Team "A" has two Para athletes entered in two events each. They

score 2 points each (4 total points). Team "B" has one Para athlete entered in one event and he/she scores 2 points. Team "A" finishes first with 73 points. Team "B" finishes second with 71 points. **Ruling:** Team "A" and "B" are declared co-champions. (The same ruling would apply when determining the runners-up team).

2. If the team on which the Para athlete participates would have won the meet without counting the points scored by the Para athlete, it shall be declared the outright champion or runner-up. This includes all regular season, district, regional and state meets. **Example #3** - Team "A" has one Para athlete entered in four events and scores 4 points. Team "B" does not have a Para athlete in the meet. Team "A" finishes first with 60 points. Team "B" finishes second with 50 points. **Ruling:** - Team "A" is declared the outright champion. (The same ruling would apply when determining the runners-up team.) **Example #4** - Team "A" has one Para athlete entered in two events and scores 4 points. Team "B" has one Para athlete entered in one event and scores 2 points. Team "A" finishes with 51 points plus 4 Para points and team "B" finishes with 51 points plus 2 Para points. **Ruling:** - Teams A & B are declared co-champions. (The same ruling would apply when determining the runners-up team.)

**23.7.7** If a Para athlete using a racing chair competes against another Para athlete using a racing chair in the same sport *(boys/girls)*, in the same classification and in the same event, the contestant that finishes first shall be declared the champion and shall score 2 team points. The other contestant in that event shall score 1 point. For 3 Para athletes using racing chair, the points awarded shall be 3-2-1. This scoring shall continue to a maximum of 6 Para athletes using a racing chair. Each athlete is required to meet minimum standards listed in 23.7.8a below at the local, district and regional meets in order to score points for his/her team. *Note: Track standards do not apply to cinder tracks.*

If a running Para athlete competes against another running Para athlete in the same sport *(boys/girls)*, in the same classification and in the same event, the contestant that finishes first shall be declared the champion and shall score 2 team points. The other contestant in that event shall score 1 point. For 3 running Para athlete, the points awarded shall be 3-2-1. This scoring shall continue to a maximum of 6 running Para athletes. Each athlete is required to meet minimum standards listed in 23.7.8b below at the local, district and regional meets in order to score points for his/her team. *Note: Track standards do not apply to cinder tracks.*

**23.7.8a** If a wheelchair athlete competes alone in a sport *(boys/girls)* at the local, district, and regional level, he/she shall be required to meet standards in order to win first place in the event and score 1 team point in the event as a wheelchair contestant. If a contestant fails to meet the required standard at the local, district, and regional level in an event, he/she shall not be awarded a place or any points in the event. Minimum required standards for local, district, and regional meets shall be:

| EVENT | BOYS | GIRLS |
|---|---|---|
| 100 meter dash | :30 | :35 |
| 200 meter dash | 1:00 | 1:30 1:15 |
| 400 meter run | 2:00 | 3:00 2:30 |
| 800 meter dash | 3:30 | 4:30 |
| Discus | 25'0" | 19'0" |
| Shot put | 8'0" 9'0" | 6'0" 7'0" |

**23.7.8b**

| EVENT | BOYS | GIRLS |
|---|---|---|
| 100 meter dash | :15 | :22 |
| 200 meter dash | :36 | :40 |
| 400 meter run | 1:15 | 1:30 |
| Discus | 25'0" | 19'0" |
| Shot put | 9'0" | 7'0" |

*Note #1:* Track standards do not apply to cinder tracks
*Note #2:* The size of the discus, shot put and javelin for Para athletes shall be the same as all other male and female participants.

**23.7.9** When competing in the outdoor state track and field meet, all Para athletes shall be required to compete on the same day of the meet regardless of their school's classification. Their points will be added to their team's total before a championship is awarded.

**23.7.10** Para athletes shall qualify for the district, regional and state meets following the same qualifying procedures as other participants in the same class. Only 4 individual events allowed. Qualifying times must be met at the district and regional meets.

**23.8**          **AWARDS**: State meet awards shall be presented in accordance with by-laws Section 8: Awards.