# Missouri Protection & Advocacy Services

*A Public Interest Law Firm Since 1977*

2000 Innerbelt Business Center Drive
Overland, MO 63114-5764
phone: (314) 785-1702 or toll free (800) 233-3958
fax: (314) 785-1707
email: mopasstl@mo-pa.org
website: www.moadvocacy.org

TDD users call Relay Missouri at (800) 735-2966

Shawn T. de Loyola, Executive Director
Daniel Cayou, Esq., Director of Advocacy Services
Betty K. Farley, Director of Advocacy Administration

Susan K. Eckles, Managing Attorney
Lisa M. Sutherland, Staff Attorney III
Amanda D. Anthony, Staff Attorney II
Karin A. C. Spradlin, Staff Attorney II

Funding for Programs Provided by:
Administration on Developmental Disabilities
Health Resources & Services Administration
Rehabilitation Services Administration
Center for Mental Health Services
Social Security Administration

**Board of Directors**

Susan Pritchard-Green, Chair, Jefferson City
Sharon Williams, Esq., Vice Chair, Lee's Summit
Tom Pirmantgen, Esq., Secretary Treasurer, PAIMI Advisory Council Chair, New Bloomfield
Larry Daniels, Florissant
Barbara French, Beulah
Beryl Gratis, Ozark
Katharine Kinder, Boonville
Gloria McGill, St. Louis
Jason Mize, Columbia
Joe Wrinkle, Independence

**PAIMI Advisory Council**

Tom Pirmantgen, Esq., Chair, New Bloomfield
Jenise Woolf, Vice-Chair, St. Louis
Larry Daniels, Florissant
Beryl Gratis, Ozark
Brad Hutchinson, Jefferson City
Katharine Kinder, Boonville
Jacqueline Lukitsch, St. Louis
Charlotte Molen, St. Louis

February 27, 2015

<u>*Via Fax (660-442-3154) and Certified U.S. Mail (7012 3050 0000 9460 2937)*</u>

MSHSAA Board of Directors
c/o Mr. Ken Eaton, President
708 Nebraska Street
Mound City, Missouri 64470

Dear President Eaton:

Missouri Protection & Advocacy Services is representing Mr. Jim Ladlie and his daughter, ▓▓▓ who is a junior at Troy-Buchanan High School ("Troy") in Troy, Missouri. ▓▓▓ is a returning member of Troy's track and field team. ▓▓▓ is an above-the-knee amputee who uses a racing chair to compete in the 100 meter and 200 meter races.

Under the current track and field guidelines in place by the Missouri State High School Activities Association ("MSHSAA"), ▓▓▓ is not guaranteed the opportunity to participate in regular season track and field meets.[1] (In 2013, ▓▓▓ was actually denied participation in a MSHSAA-sanctioned track meet. In 2014, some host schools delayed their responses in deciding whether or not to allow ▓▓▓ to participate in their meets.) If she is allowed to race, she is often placed in a heat by herself versus racing against able body athletes despite available lanes in other heats. Most importantly,

---

[1] As approved by the Board, the MSHSAA's Track and Field Advisory Committee agreed to "monitor" three adapted (wheelchair) events – a 100 meter race, a 400 meter race, and shot put – "over a two year period of time to see if there is enough interest and participation to qualify them for a state series event." Letter from Harvey Richards, MSHSAA Executive Director, to Ms. Kelly Behlmann, Disabled Athlete Sports Association Executive Director, on September 10, 2014. Not only is one of ▓▓▓ events not one of the adapted events being monitored, but the host school is not required to conduct these events or award points. *See Letter*, ("These events will be conducted at regular season meets where the host school wishes to conduct them...It is also up to the hosting school to determine if it will be a scored event for the meet."). According to the letter from Executive Director Richards, MSHAA will collect data over the next two years so that it may further "study and prepare for a state championship series in these events.". By that time, ▓▓▓ will have graduated from high school and not be eligible to compete.

EXHIBIT 1

███ is also not allowed to earn points for her team or to qualify for District or State Championship meets.

I have reviewed MSHSAA's 2014-2015 Official Handbook ("Handbook"). ███ is a bona fide student and credible citizen (as those terms are defined in Section 2.1.1 and 2.2.1 of the Handbook). She practices with her team and is held to the same standards required of other athletes. She deserves the right to participate fully and equally alongside those other athletes, with the opportunity to compete for and obtain the same benefits.

Mr. Ladlie's attempts to advocate for ███ have been mostly unsuccessful. He was told by MSHAA's Associate Executive Director Harvey Richards that, in order for ███ to earn points and qualify for championship level meets, a MSHAA member school would first need to petition for MSHAA to amend its bylaws (according to Article VI of the Handbook). Neither Troy nor any other member school has made such a petition, to date, to the best of our knowledge.

The National Federation of State High School Associations ("NFHS") includes a "GUIDELINES – BEST PRACTICES for DISABILITY TRACK and FIELD Para Sport for High School Students" ("NFHS Guidelines") on its website at www.nfhs.org. I am attaching a copy of those NFHSA Guidelines as Exhibit A. The Guidelines state that each state association may "authorize exceptions to NFHS playing rules to provide reasonable accommodations to individual participants with disabilities and/or special needs . . . . ." so that para-athletes are contributing team members to their track and field teams. Therefore, we are asking that the MSHSAA Board of Directors ("Board") adopt new policies for para-athletes, such as ███ pursuant to their enumerated powers and duties in Article IV, Section 6 of the Handbook (at page 22).[2]

I am attaching proposed rule changes (as prepared by DASA Executive Director Behlmann) for the new policies as Exhibit B. It is important to Mr. Ladlie and ███ that she, as well as other racing chair athletes, be able to compete in the 100 meter race; the 200 meter race; the 400 meter race; and the 800 meter race. Those para-athletes must be allowed to compete for individual and team honors.

I understand that you are already scheduled to meet on March 11 and 12. I am asking that you make and communicate a final decision on our request to me by the morning of March 13. If the Board does not agree or does not respond by noon on March 13, we will likely be forced to file a civil complaint in the United States District Court for the Eastern District of Missouri, alleging violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. I will also likely ask the District Court to grant us an emergency hearing on a request for

---

[2] Article IV, Section 6(a) provides: "[The Board] shall have the authority to adopt such policies and procedures as necessary to administer the business of the Association . . . ." Section 6(o) further gives the Board "authority to organize and direct such preliminary tournaments, meets or games as necessary to select teams or individuals qualified to compete in state contests and shall administer such contests." There are several existing policies related to athletic contest regulations, such as the policy on ties in football contests and volleyball match format options.

preliminary injunction so that ▓▓▓ can fully compete in this upcoming track and field season. Troy's first track meet is scheduled for March 28.

Although we are willing and ready to litigate this matter for ▓▓▓, we would much prefer to reach a resolution amicably and without the need for court interference. Mr. Ladlie, on behalf of ▓▓▓, and I are more than willing to travel to Columbia to meet with the Board and discuss any concerns. DASA Executive Director Behlmann is also willing to meet with the Board to discuss the rule changes proposal in detail and how DASA resources may be utilized. She is very much interested in serving as a voluntary consultant to MSHAA in implementing the proposed policies and/or rules.

Please contact me at (314) 785-1702 (x228) to schedule a meeting or with any questions. Thank you for your time and attention to this matter.

Sincerely,

*Mandy Anthony*

Amanda D. Anthony
Staff Attorney II

Enclosures (Exhibit A and Exhibit B)

Cc: Mark Fisher, Vice President
    Don Maurer, Member At Large
    Eric Churchwell, Member At Large
    Dr. Mark Beem, Member At Large
    Corey Johnson, Member At Large
    Toni Hill, Member At Large
    Blane Keel, Member At Large
    Dr. Todd White, Member At Large
    Jennifer Schmidt, Member At Large



EXHIBIT A

# GUIDELINES – BEST PRACTICES for DISABILITY TRACK and FIELD Para Sport for High School Students
(Provided by USOC-Paralympic Track & Field)

## WHY?

What are the benefits of traditional sport? Teamwork, goal setting, commitment, physical activity, interaction outside of the classroom and persistence are just a few benefits that are regularly used to promote sport as an educational activity. Those same benefits are applicable to students with a disability.

Let's add a few more to the list of benefits: overcoming adversity—what better way to teach about overcoming adversity than having a disabled student on your squad; students who are different have a tendency to be bullied, but by being a part of sport, there is an increased self-worth; competitive nature—even if you are in a wheelchair, blind or have a hearing impairment, you have a competitive side.

## WHO?

Each state association may, in keeping with applicable laws, authorize exceptions to NFHS playing rules to provide reasonable accommodations to individual participants with disabilities and/or special needs, as well as those individuals with unique and extenuating circumstances. The accommodations should not fundamentally alter the sport, heighten risk to the athlete/others or place opponents at a disadvantage. (NFHS 2014 Track and Field Rules Book)

How will a state determine who is eligible? There are several different models to determine eligibility and minimal disability criteria. A sample from the Ohio High School Athletic Association is in the resource section.

## OPTIONS

1. A wheelchair athlete is anyone with a Section 504 defined disability. A statement of disability must be on file with the school nurse or designated personnel responsible for student health issues- New Jersey, Washington, Minnesota, Alabama, Georgia, Maine, Louisiana are examples.
2. Uses the 2011 International Paralympic Committee (IPC) Classification Rules and Regulations Manual and OHSAA reserves the right to update and modify these standards at any time and without notice. Ohio has developed a protest and appeals process to determine eligibility questions.
3. A Para-ambulatory participant shall have a permanent orthopedic, neuromuscular or other physical disability. An ambulatory division which would include Visually Impaired, Cerebral Palsy, Dwarf and Amputees. Permanent orthopedic impairment shall be verified by a licensed physician and maintained on permanent file at the school- Louisiana

Notice that Louisiana has developed an ambulatory division which would include visually impaired, cerebral palsy, dwarf and amputee athletes.
*There are other states that also sanction wheelchair events.

**BEST PRACTICES:**
1. A permanent disability
2. Record on file with the school
3. Verification of the disability



The IPC has a very detailed classification system, which is not feasible for a high school system to use. We encourage the high school community to look at generic classifications of wheelchair and ambulatory for their disability program.

## WHAT EVENTS ARE OFFERED?

Every state is different in their offering of events. What are your state rules for traditional athletes? Is there a limit to the number of events that an athlete can compete in?

### OPTIONS:
1. Washington and Minnesota allow an athlete to compete in any event, but the athlete must select four events between track and field events offered at the state meet.
2. Other states determine a slate of events with a sprint, middle distance, distance and what throws will be offered.

The program should have a minimum of three track events and at least one field event, but the actual selection of the event schedule is determined by each state.

**BEST PRACTICES:**
1. Events – gender separated
2. Minimum of three track events and one field event
3. Field Events- wheelchair /ambulatory athletes can throw shot, discus and javelin. Ambulatory also compete in LJ, HJ and TJ in the IPC arena.



## COMPETITION MODELS

Two basic models exist for competition with multiple options in each area. The scoring model below is an "equal access" model which also has a variety of options.

### OPTIONS
1. Inclusion:
   - Athletes compete at dual, group, and at the state level, but do not deliver points to their team to win a meet
   - Athletes can achieve track and field high school letters through a published procedure
   - Athletes invited to the state meet based on a timed final or field event performances
   - Athletes do not achieve points, but do receive medals and can set state records
2. Scoring:
   - Athletes achieve track and field high school letters through scoring points
   - Athlete can score points for their high school team
   - Team can score points from disabled athletes
   - Athlete can score points at state, receive medals and set state records.

**BEST PRACTICES:**
A scoring model is a fully integrated model. The para-athlete is a contributing member to the team. The scoring model encourages coaches and schools to recruit athletes into their program.
There are many options in the scoring model for a state to choose from.

## SCORING MODEL OPTIONS:

1. Based on athlete numbers:
   A. Points given based on the total number of participants (MN, LA, ID, ME)
      i. The one plus one – a single athlete would receive a point (or the number determined by the state) and medal
         Two athletes – 1 point and 1 medal, three athletes – 2 athletes get points and medals, etc.
      ii. Scoring would be based on the system used by the state in the traditional model if full heats or flights exist
2. Based on achieving a minimum standard:
   A. Athlete has to achieve a minimum standard in the competition in order to achieve a point (WA, NC). This is used to encourage a high level of competition.
3. Student athletes participating in the wheelchair events within the wheelchair division receive points (GA).

## ADVANCEMENT TO THE STATE CHAMPIONSHIPS OPTIONS:

1. Ranking list – top eight athletes invited to the state meet
2. Qualify through the state's traditional model
3. Meet a qualifying standard during the course of the season (time frame and type of meet to be defined)

Based on numbers of participants, the competitions may need to be held at set time and day within the state meet structure as opposed to within the time schedule of a class or division.

## DETERMINATION OF TEAM CHAMPIONSHIPS OPTIONS:

1. A team trophy given to traditional teams and one for the combined scores of the disabled athletes and the traditional athletes from the same school (WA)
2. If the points scored by a disabled athlete enable his/her team to tie or exceed the highest team point total of another team(s), then the team with disabled athlete will be declared the co-champion and the other team(s) without the disabled athlete will be declared the outright champion. This applies to the runner-up position as well as the regular season, district, regional and state meet. (LA)
3. Traditional system of awarding team trophies based on the combination of traditional and disabled athlete points.

BEST PRACTICES:
1. Points for athletes competing at all levels
2. Wear school uniform
3. Meet high school eligibility requirements (may be modification on age, due to previous surgeries or illness)
4. The athlete is responsible for all equipment

WAIVER OPTION
Due to the limited amount of competition against other athletes or the limited amount of expert coaching, some states might allow athletes to attend competitions, camps or clinics under the auspices of USA Paralympic Track and Field.

COMPETITION RULES
Wheelchair Racing Basic Rules
1. The racing chair shall have two large wheels (not to exceed 70cm in diameter) and one small wheel (not to exceed 50cm in diameter)
2. No part of the racing chair may protrude behind the vertical plane of the back edge of the rear tires nor extend in front of the center of the front wheel hub
3. One push rim allowed for each large wheel
4. Mirrors are not allowed
5. It is the responsibility of the athlete to ensure that no part of his/her lower limbs can fall from the wheelchair to the ground or track during an event
6. The racing chair must be manually-propelled (no gears, levers or electronic steering)
7. No delay due to equipment failure
8. Athlete must have a racing helmet that is a hard protective shell and recognized with an international safety standard
9. Athlete can use racing gloves(soft or hard gloves).

Video clip of a wheelchair race: http://www.paralympic.org/video/athletics-womens-800m-t54-final-2013-ipc-athletics-world-championships-lyon

Video clip (1 minute) of high school students competing in wheelchair track and field events at the GHSA state meet: http://vimeo.com/21810480

*Optional Wheelchair Racing Rules*
1. Traditional and wheelchair athletes racing together
   This is appropriate at dual meets or when there is only one wheelchair athlete. This is the decision of the meet director.
   a. Laned races (100, 200, 400)—In laned races wheelchair athlete must stay within their lanes, as do traditional athletes.
      1. Give the wheelchair athlete the inside lane, if there is a concern. Athletes must follow lane restrictions in both traditional and wheelchair track and field. No interference should occur due to the lane restriction. Ask all athletes to stay in their lanes even as they cross the finish line (particularly 200 and 400).
      2. The wheelchair athlete is competing against his/her own time and not displacing the traditional athlete.

       3. Same concept if there are multiple wheelchair athletes and only one traditional athlete.
    b. Non-Laned races (800, 1500, 3200)
       1. If combined, wheelchair athletes start in the outside lane or behind the runners.
       2. Combining can be done safely if all athletes are aware of their surroundings.
       3. States have developed policies for a lane boundary between the traditional athletes and wheelchair athletes—while the wheelchair athletes travel farther in these policies, it does allow for combined competition. After the break line, wheelchair athletes may only go into Lane 3. This is not considered a best practice.
       4. Passing rules are the same. Neither runner nor wheelchair athlete can impede any athlete while passing or being passed.
  2. Two or more wheelchair athletes should compete against each other, as it does provide a like competition.

## Wheelchair Throwing Basic Rules

1. Athletes should throw from a "true seated" position
2. The high school athlete options are:
   a. Manual wheelchair
   b. Power wheelchair
   c. Throwing chair – used for safety and optimal performance, but takes time to set up. (Top photo shows the chair and ratchet straps and L-brackets over an existing cement ring). Typically, stakes are used in the ground to hold the throwing chair in place.
3. The uppermost part of the cushion or seat may not exceed 75cm, which was determined to be an average hip height.
4. If the athlete is using a holding bar, it must be rigid and without joints.
5. If using a throwing chair, athlete will throw all six throws consecutively.
6. The throwing frame must have a seat that is square or rectangular in shape with each side at least 30 cm in length. The front of the seat cannot be lower than the back. Both legs must be in contact with the seat surface from the back of the knee to the back of the buttocks.
7. The seated position must be maintained throughout the throwing action and the implement marked.
8. The frame cannot extend over the toe board.
9. A coach is the only person who can assist the athlete in the ring.








*Optional Wheelchair Throwing Rules*
1. Weight of implement
    a. Shot – Recommend 4 kg for boys and 6 lb for girls due to physical limitations of the athlete
    b. Discus – 1 kg for both genders
    c. Javelin – whatever the high school weight is in that state
            or
    d. Implements should be the same weight as all other male and female participants.
2. Two classes in the throws (optional) (MN, FL, GA)
    a. Class 1 athletes with any disability of the lower extremities (spinal cord injury, amputation, spina bifida, cerebral palsy, etc.)
    b. Class 2 athletes with any disability that affects lower and upper extremities (cervical spinal, cerebral palsy, muscular dystrophy, traumatic brain injury (TBI).

Video clip of a seated throw: http://www.youtube.com/watch?v=xGlhhxnWk3w

Designs for seated throwing chairs can be found at: http://www.teamusa.org/US-Paralympics/Sports/Track-and-Field/Coaches-Education. The design plans will be updated as they are submitted.

## AMBULATORY ATHLETES

Many ambulatory athletes do not require special modifications in training or in competition. This will be a state issue regarding the implementation of sections for ambulatory athletes. The ambulatory para-athletes must choose to compete in para division or the traditional division at beginning of season. Many of these athletes have the ability to compete with their traditional counterparts, and have already been doing so within the traditional model.

Athletes with limitations or special requirements (blind, severe cases of cerebral palsy, dwarf) under the rules, should be considered for a para section.

Visually Impaired Athletes
1. May use a guide runner to assist them, either tethered or non-tethered. Those athletes needing guide runners (blind or severely-restricted vision) will need a lane for the athlete and one for the guide.
2. The athlete who is blind is required to wear an eye mask.

Deaf Athletes
While deaf athletes are currently not a part of the Paralympic movement, they are part of another population that will require minor modifications.
1. For track events, the athlete should be in a lane so that he/she can see the starter or starter assistant. The starter may assign a person to drop a red cloth when the gun sounds or tap the athlete from behind.
2. Strobe lights that work simultaneously with the starting pistol may be used.
3. For field events, the official should make sure that the athlete knows the rotation order, but point out who is in the order ahead of the athlete. This can be done by showing him/her the flight sheet.

Video clip explaining the athlete and guide process: http://www.youtube.com/watch?v=G4uvoSpyXW4

## OFFICIATING

USA Track and Field official certification offers an additional endorsement for Para Track and Field Officials. To be eligible, the official must be an Association level official and take the online certification. The certification can be offered by the Association or found at: http://www.teamusa.org/US-Paralympics/Sports/Track-and-Field/Officials-Training.

## RESOURCES:

**Racing Equipment:**
Eagle Sport Chairs- http://www.eaglesportschairs.com/
Top End- http://www.topendwheelchair.com/
Local Providers for Loaner Equipment- http://findaclub.usparalympics.org/

**Throwing Chairs:**
Eagle Sport Chairs- http://www.eaglesportschairs.com/
Blueprints for building chairs- http://www2.teamusa.org/US-Paralympics/Sports/Track-and-Field/Coaches-Education

**Education**
a. Coaching Education- http://www2.teamusa.org/US-Paralympics/Sports/Track-and-Field/Coaches-Education
b. Videos
    1. Paralympic Sport TV- http://www.paralympic.org/Videos
    2. http://www.bing.com/videos/search?q=Youtube-+Paralympic+Track+and+Field&qpvt=Youtube-+Paralympic+Track+and+Field&FORM=VDRE

**Sample paperwork-** Ohio High School Athletic Association
http://www.ohsaa.org/news/sports/2012-06-13WheelerchairTF.pdf

**Diagram for Throwing Chair**
http://www2.teamusa.org/US-Paralympics/Sports/Track-and-Field/Coaches-Education
Throwing Chair Diagram 1 is considered a legal throwing chair under the 2014 rules. We will add additional blueprints as they become available.
Please review the changes in Rule 35.1 on the above website

ACKNOWLEDGEMENTS IN THE DEVELOPMENT OF THIS DOCUMENT
Becky Oakes- National Federation of High School Associations
Cathy Sellers- United States Olympic Committee- Paralympic Track and Field
Phil Galli- Wheelchair and Ambulatory Sports USA- New Jersey
Kelly Behlman- Disabled Athletic Sports Association (DASA)- Missouri
Pam Carey- Games Uniting Mind and Body (GUMBO)-Louisiana
Teresa Skinner- Para Spokane- Washington
Wendy Gumbert- Texas
Adam Bleakney- University of Illinois
Debbie McFadden- Maryland
Anjali Forber-Pratt- Paralympian- Kansas
Brian Siemann- Paralympian- Illinois
Bev Vaughn- American Association of Adapted Sports Programs (AAASP)

(November/2013)



EXHIBIT B

Missouri ( adapted from Louisiana State HS)  Mo changes in red

**WHEELCHAIR TRACK AND FIELD**

23.7.1　The following track and field events shall be sanctioned in outdoor track and field as individual events for wheelchair participants:
　　100 meter dash
　　200-meter dash
　　400-meter run
　　800-meter run
　　Discus
　　Shot put

23.7.2　*Rules governing wheelchair track and field shall follow the guidelines of DASA, as it applies to wheelchair track and field in Missouri. All meet directors are encouraged to contact a DASA representative to be on site at all district and regional meets.*

23.7.3　In addition to all eligibility rules, the following shall apply to Para athletes in wheelchairs participating in outdoor track and field meets:
1.　Para athlete using a wheelchair shall compete against each other only. ( Unless meet management and coaches agree to combine heats using one open lane between typical runners and Para athlete in racing chair
2.　Para athletes shall compete in school-issued uniforms.
3.　A Para athletes shall have a permanent muscular or neuromuscular disability which significantly limits the ability to move or a permanent skeletal deformity or abnormality which significantly affects ambulation. This disability must prevent the student from participating in other sanctioned sports. Permanent orthopedic impairment shall be verified by a licensed physician and maintained on permanent file at the school.
4.　A Para athlete using a racing chair shall compete in track and field events in a racing chair or throwing chair that meets legal specifications as follows:
　　A.　A track wheelchair should have a minimum of three wheels.
　　B.　A track wheelchair shall be manually operated with no mechanical gears or levers used to propel the chair.
　　C.　Only one hand rim shall be attached to each large wheel.
　　D.　The field chair's seat, including the cushion, shall not exceed 25 inches or 75 cm in height. The chair need not be a wheelchair.
5.　Para athletes using a racing chair competing in track events must wear helmets during competition.

23.7.4　A meet's order of events shall be determined by meet management.

23.7.5　A Para athlete shall compete for individual and team honors in the classification in which his/her team competes in the meet. Meet scoring for Para athletes shall be as follows:
　　1. 1 participant - 1 point
　　2. 2 participants - 2 - 1 points
　　3. 3 participants - 3 - 2 - 1 points
　　4. 4 participants - 4 - 3 - 2 - 1 points
　　5. 5 participants - 5 - 4 - 3 - 2 - 1 points
　　6. 6 participants - 6 - 5 - 4 - 3 - 2 - 1 points

23.7.6　Points scored by a Para athletes shall count toward his/her team score in all outdoor track and field meets including all regular season, district, regional and/or state meet.
1.　However, if the points scored by a Para athlete enables his/her team to tie or exceed the highest team point total of another team(s) then the team with the Para Athlete(s) will be declared the co-champion and the other team(s) without the Para athlete(s) will be declared outright champion(s). This same rule will apply in determining the runner-up position. This includes all regular season, district, regional and state meets. Example #1 - Team "A" has one Para Athlete who scores 4 points. Team "B" does not have a Para athlete entered in the meet. Team "A" has the highest score of the meet with 65 points (includes 4 wheelchair points). Team "B" *is second highest with 62 points (no Para points).* **Ruling:** *Team "B" shall be declared the champion and Team "A" shall be declared the co-champions of the meet. (The same ruling would apply when determining the runners-up team).* **Example #2** - *Team "A" has two Para athletes entered in two events each. They*

          2.    score 2 points each (4 total points). Team "B" has one <u>Para athlete</u> entered in one event and he/she scores 2 points. Team "A" finishes first with 73 points. Team "B" finishes second with 71 points. **Ruling:** Team "A" and "B" are declared co-champions. (The same ruling would apply when determining the runners-up team).

               If the team on which the <u>Para athlete</u> participates would have won the meet without counting the points scored by the <u>Para athlete</u>, it shall be declared the outright champion or runner-up. This includes all regular season, district, regional and state meets. **Example #3** - Team "A" has one <u>Para athlete</u> entered in four events and scores 4 points. Team "B" does not have a <u>Para athlete</u> in the meet. Team "A" finishes first with 60 points. Team "B" finishes second with 50 points. **Ruling:** - Team "A" is declared the outright champion. (The same ruling would apply when determining the runners-up team.) **Example #4** - Team "A" has one Para athlete entered in two events and scores 4 points. Team "B" has one <u>Para athlete</u> entered in one event and scores 2 points. Team "A" finishes with 51 points plus 4 <u>Para</u> points and team "B" finishes with 51 points plus 2 <u>Para</u> points. **Ruling:** - Teams A & B are declared co-champions. (The same ruling would apply when determining the runners-up team.)

**23.7.7**    If a Para athlete using a racing chair competes against another <u>Para athlete using a racing chair</u> in the same sport (boys/girls), in the same classification and in the same event, the contestant that finishes first shall be declared the champion and shall score 2 team points. The other contestant in that event shall score 1 point. For 3 <u>Para athletes using racing chair</u>, the points awarded shall be 3-2-1. This scoring shall continue to a maximum of 6 <u>Para athletes using a racing chair</u>. Each athlete is required to meet minimum standards listed in 23.7.8a below at the local, district and regional meets in order to score points for his/her team. *Note: Track standards do not apply to cinder tracks.*

    If a running Para athlete competes against another running Para athlete in the same sport (boys/girls), in the same classification and in the same event, the contestant that finishes first shall be declared the champion and shall score 2 team points. The other contestant in that event shall score 1 point. For 3 running Para athlete, the points awarded shall be 3-2-1. This scoring shall continue to a maximum of 6 running Para athletes. Each athlete is required to meet minimum standards listed in 23.7.8b below at the local, district and regional meets in order to score points for his/her team. *Note: Track standards do not apply to cinder tracks.*

**23.7.8a**    If a wheelchair athlete competes alone in a sport (boys/girls) at the local, district, and regional level, he/she shall be required to meet standards in order to win first place in the event and score 1 team point in the event as a wheelchair contestant. If a contestant fails to meet the required standard at the local, district, and regional level in an event, he/she shall not be awarded a place or any points in the event.  Minimum required standards for local, district, and regional meets shall be:

| EVENT | BOYS | GIRLS |
|---|---|---|
| 100 meter dash | :30 | :35 |
| 200 meter dash | 1:00 | 1:30 1:15 |
| 400 meter run | 2:00 | 3:00 2:30 |
| 800 meter dash | 3:30 | 4:30 |
| Discus | 25'0" | 19'0" |
| Shot put | 8'0" 9'0" | 6'0" 7'0" |

**23.7.8b**

| EVENT | BOYS | GIRLS |
|---|---|---|
| 100 meter dash | :15 | :22 |
| 200 meter dash | :36 | :40 |
| 400 meter run | 1:15 | 1:30 |
| Discus | 25'0" | 19'0" |
| Shot put | 9'0" | 7'0" |

*Note #1: Track standards do not apply to cinder tracks*
*Note #2: The size of the discus, shot put and javelin for <u>Para athletes</u> shall be the same as all other male and female participants.*

**23.7.9**    When competing in the outdoor state track and field meet, all <u>Para athletes</u> shall be required to compete on the same day of the meet regardless of their school's classification. Their points will be added to their team's total before a championship is awarded.

**23.7.10**    <u>Para athletes</u> shall qualify for the district, regional and state meets following the same qualifying procedures as other participants in the same class. Only 4 individual events allowed. Qualifying times must be met at the district and regional meets.

**23.8**      **AWARDS**: State meet awards shall be presented in accordance with by-laws Section 8: Awards.