IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| K.L., by and through her next friend, JIM LADLIE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )  Complaint No: 4:15-CV-00679<br>) |
| MISSOURI STATE HIGH SCHOOL ACTIVITIES ASSOCIATION, BOARD OF DIRECTORS, | )<br>)<br>)<br>) |
| Defendant. | ) |

### MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff K.L., by and though her next friend, Jim Ladlie, respectfully moves to withdraw Plaintiff's Motion for A Temporary Restraining Order ("Motion"), filed April 28, 2015, without prejudice.  As such, Plaintiff further requests that the hearing requested on that Motion, which is set for May 13, 2015, be cancelled.

Respectfully submitted,

*/s/ Amanda Anthony*

———————————————
Amanda Anthony #57834MO
Susan Eckles #38641MO
Kiara Drake #67129MO
Kaitlyn Robinson #67047MO
Missouri Protection and Advocacy Services
2000 Innerbelt Business Center Drive
Overland, Missouri 63114
314-785-1702 (x228)
314-785-1707 (fax)
Amanda.anthony@mo-pa.org
Susan.eckles@mo-pa.org
Kiara.drake@mo-pa.org
Kaitlyn.robinson@mo-pa.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the Board of Directors of the Missouri State High School Activities Association via First-Class, U.S. Mail and fax:

MSHSAA Board of Directors
1 N. Keene Street
Columbia, MO 65201-6645
P.O. Box 1328
Columbia, MO 65205-1328
573-875-1450 (fax)

*/s/ Amanda Anthony*
_____
Amanda Anthony #57834MO